IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STEPHEN HILTON, JENNIFER HILTON,
SOUTHERN MISSISSIPPI HOLDING COMPANY, LLC
SOUTHERN MISSISSIPPI CARRIAGE SERVICES,
SOUTHERN MISSISSIPPI FUNERAL SERVICE, LLC                    PLAINTIFFS

VERSUS                              CIVIL ACTION NO.:  1:17-CV-00225 HS0-JCG

MATTHEWS INTERNATIONAL CORPORATION,
MATTHEWS CREMATION DIVISION,
MATTHEWS ENVIRONMENTAL SOLUTIONS,
TATE MICHAEL SPAULDING,
HONEYWELL INTERNATIONAL, INC.,
ECLIPSE, INC. AND JOHN DOES 1-8                              DEEFENDANTS

## ENTRY OF APPEARANCE

COME NOW, William B. Weatherly, Weatherly Law Office, and files this his Entry of Appearance in the above cause on behalf of the Plaintiffs, Stephen Hilton, Jennifer Hilton, Southern Mississippi Holding Company, LLC, Southern Mississippi Carriage Services and Southern Mississippi Funeral Service, LLC

This the 17th day of September, 2018.

Respectfully submitted,

STEPHEN HILTON, JENNIFER HILTON,
SOUTHERN MISSISSIPPI HOLDING COMPANY, LLC
SOUTHERN MISSISSIPPI CARRIAGE SERVICES,
SOUTHERN MISSISSIPPI FUNERAL SERVICE,
LLC, PLAINTIFFS

By:  /s/ William B. Weatherly
     William B. Weatherly
     MSB No. 7044

William B. Weatherly
Weatherly Law Office
Post Office Box 4077
Gulfport, MS 39502
Telephone: (228) 896-0881
Facsimile:  (228) 896-2993
wbw@wweatherly.com

## CERTIFICATE

I, WILLIAM B. WEATHERLY, attorney for Plaintiffs, Tim Wane Anderson, II and Stephanie Amelia Anderson, do hereby certify that on this day I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the MEC system which sent notification of such filing to the following:

Fredrick B. Feeney, Esq.
Susan F. E. Bruhnke, Esq.
Franke & Salloum, PLLC
Post Office Drawer 460
Gulfport, MS 39502
*Attorneys for Matthews Defendants and Tate Michael Spaulding*

Michael Scott Jones, Esq.
Lindsey O. Watson, Esq.
Adams and Reese, LLP
300 Renaissance
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS  39157
*Attorneys for Honeywell International Inc. & Eclipse, Inc.*

SO CERTIFIED, this the 17th day of September, 2018.

STEPHEN HILTON, JENNIFER HILTON,
SOUTHERN MISSISSIPPI HOLDING COMPANY, LLC
SOUTHERN MISSISSIPPI CARRIAGE SERVICES,
SOUTHERN MISSISSIPPI FUNERAL SERVICE,
LLC, PLAINTIFFS

By: */s/ William B. Weatherly*
    William B. Weatherly